1  ANDRÉ BIROTTE JR.
United States Attorney
2  LEON W. WEIDMAN
Assistant United States Attorney
3  Chief, Civil Division
JEAN M. TURK
4  Special Assistant United States Attorney (#131517)
        160Spear Street, Suite 800
5        San Francisco, California 94105
        Tel: (415) 977-8935
6        Fax: (415) 744-0134
        E-Mail: jean.turk@ssa.gov
7  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

9                         WESTERN DIVISION

10

11   MARIA C. MOTA                    )  CV 12-10815 PJW
                                      )
12                                    )  **JUDGMENT OF REMAND**
            Plaintiff,                )
13                                    )
            v.                        )
14                                    )
     CAROLYN W. COLVIN,  Acting       )
15   Commissioner of Social Security  )
     Administration,                  )
16                                    )
                                      )
17          Defendant.                )
     _____ )
18        The Court having approved the parties' Stipulation to Voluntary Remand

19   Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

20   ("Stipulation for Remand") lodged concurrent with the lodging of the within

21   Judgment of Remand,  **IT IS HEREBY ORDERED, ADJUDGED AND**

22   **DECREED** that the above-captioned action is remanded to the Commissioner of

23   Social Security for further proceedings consistent with the Stipulation for Remand.

24

25   DATED: September 24, 2013

26                              _Patrick J. Walsh_

27                              _____

28                              HON. PATRICK J. WALSH
                                UNITED STATES MAGISTRATE JUDGE

                                    -1-